7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Rebecca Diane Adams
*Debtor*

*Bankruptcy Case No.*
15−61173−abf7

**J. Kevin Checkett**
   Plaintiff(s)

*Adversary Case No.*
16−06014−abf

v.

**Blanche E. Woodiel**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Judgment by Default is hereby entered in favor of J. Kevin Checkett, Trustee in Bankruptcy, and against the Defendant, Blanche E. Woodiel in the amount of $5,466.00 plus the cost of this action.

PAIGE WYMORE−WYNN
Court Executive

By: /s/ Sharon Greene
     Deputy Clerk

Date of issuance: 6/30/16

Court to serve